**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF TULARE, WILLIAM SEYMOUR

**FILED**

MAY 0 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ATKINSON and KURT BRACKOB,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE; DETECTIVE WILLIAM SEYMOUR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:09-CV-00789-OWW-DLB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Beth Atkinson and Kurt Brackob, and Defendants County of Tulare and Detective William Seymour, by through their undersigned Counsel, pursuant to USDC EDCA Local Rules 83-143 and 6-144 (d), that the Pretrial Scheduling Order be modified as follows:

| | |
|---|---|
| Last day to complete non-expert discovery: | October 1, 2010 |
| Last day to disclose expert witnesses: | September 10, 2010 |
| Last day to disclose supplemental/rebuttal experts: | October 8, 2010 |
| Last day to complete expert discovery: | November 1, 2010 |

The parties have been diligent in their efforts to litigate this case. The parties stipulate to the foregoing changes to the Pretrial Scheduling Order in light of the fact that this is a complex case and there is a large amount of discovery that remains to be completed. The parties have not sought any prior modifications or amendments to the Pretrial Scheduling Order.

1  IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Pre-Trial Scheduling Order of October 15, 2009, shall remain in effect, including the dates and times of Trial and the Final Pre-trial Conference and the filing and hearing dates of non-dispositive and dispositive motions. This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 29 2010        PORTER SCOTT
                            A Professional Corporation


                            By   /s/ Terence J. Cassidy
                                 Terence J. Cassidy
                                 Kristina M. Hall
                                 Attorneys for Defendants
                                 COUNTY OF TULARE and
                                 WILLIAM SEYMOUR


Dated: April 29, 2010       LAW OFFICES OF DALE GALIPO


                            By /S/ John C. Fattahi
                               John C. Fattahi
                               Attorneys for Plaintiffs
                               BETH ATKINSON and
                               KURT BRACKOB
                               (As Authorized on April 30, 2010)

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Pre-Trial Scheduling Order of October 15, 2009, be modified with the new schedule as set forth above.

IT IS SO ORDERED.

Dated: May 3, 2010          _____
                            United States District Judge

2

STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER

00781257.WPD