**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Ashley M. Wisniewski, SBN 264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF TULARE and WILLIAM SEYMOUR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ATKINSON and KURT BRACKOB, | Case No. 1:09-CV-00789-OWW-DLB |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |
| COUNTY OF TULARE; DETECTIVE WILLIAM SEYMOUR; and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Beth Atkinson and Kurt Brackob, and Defendants County of Tulare and Detective William Seymour, by through their undersigned Counsel, pursuant to USDC EDCA Local Rules 83-143 and 6-144 (d) as follows:

1. The parties respectfully request that the District Court modify the Pre-Trial Scheduling Order based on good cause appearing therefor as more fully set forth below:

2. This action arises out of alleged violations of Federal Civil Rights and State Law Claims against Defendants County of Tulare and Deputy William Seymour in connection with the death of Plaintiffs' son, Zachary Atkinson.

3. The parties have been diligent in their efforts to litigate this case. Counsel for Plaintiffs and counsel for Defendants have each served written discovery, including

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00816639.WPD

1  Interrogatories and Requests for Production of Documents. Counsel for Plaintiffs conducted
2  the deposition of Deputy William Seymour on August 26, 2010, and counsel for Defendants
3  conducted the depositions of Plaintiffs Beth Atkinson and Kurt Brackob on August 27, 2010.
4  Additional witness depositions are scheduled for August 31, September 1, September 7, and
5  September 14; however, there are several percipient witnesses for which service of
6  subpoenas has been difficult.  The parties need to complete percipient witness depositions
7  in order for the experts to complete their reports. Despite the parties' best efforts to complete
8  depositions prior to the last day to disclose expert witnesses, Plaintiffs' counsel's numerous
9  trials have caused calendaring conflicts that prevented the depositions from being completed
10 sooner.  A continued trial date will allow for percipient witness depositions to be completed
11 prior to the expert disclosure date and will save all parties the cost of preparing supplemental
12 expert reports.
13      4.     Presently, non-expert discovery is scheduled to be completed on October 1,
14 2010, Expert Disclosures with reports are due to be served September 10, 2010, Expert
15 Discovery cut off is November, 2010, Last day to File Dispositive Motions is November 15,
16 2010 with hearing date of December 13, 2010, Final Pre Trial Conference is January 24,
17 2011, and the Trial is presently scheduled to commence on March 1, 2011.
18      5.     Based on the fact that this is a complex case and there is a large amount of
19 discovery that remains to be completed, such as conducting percipient witness depositions
20 and subpoenaing records, the parties request the trial date be continued and the Pre-Trial
21 Scheduling order be modified accordingly.  The parties have sought one prior modification
22 to the Pretrial Scheduling Order; however, in the prior modification, the parties did not
23 request a continuance of the trial date, the pretrial conference, or deadlines for filing and
24 hearing dispositive motions.  In other words, in the prior modification, only discovery
25 deadlines were modified.
26      Therefore, the parties respectfully submit that good cause exists and request
27 modification of the Pre-Trial Scheduling Order as follows:
28      Last Day to Complete Non-Expert Discovery          December 10, 2010

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00816639.WPD

| | | |
|---|---|---|
| 1 | Last Day to Disclose Expert Witnesses | November 19, 2010 |
| 2 | Last Day to Disclose Supplemental/Rebuttal Experts | December 17, 2010 |
| 3 | Last Day to Complete Expert Discovery | January 14, 2011 |
| 4 | Last Day to File Non-Dispositive Motions | January 28, 2011 |
| 5 | Last Day to Hear Non-Dispositive Motions | March 4, 2011 |
| 6 | Last Day to File Dispositive Motions | February 18, 2011 |
| 7 | Last Day to Hear Dispositive Motions | March 14, 2011 |
| 8 | Final Pre-Trial Conference | April 25, 2011 |
| 9 | Trial | May 24, 2011 |

IT IS FURTHER STIPULATED and AGREED between the parties that all other provisions of the Pre-Trial Scheduling Order of October 15, 2009 shall remain in effect. This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 30, 2010        PORTER SCOTT
                              A Professional Corporation


                              By   /s/   Terence J. Cassidy
                                   Terence J. Cassidy
                                   John R. Whitefleet
                                   Ashley M. Wisniewski
                                   Attorneys for Defendants
                                   COUNTY OF TULARE and
                                   WILLIAM SEYMOUR


DATED: August 30, 2010        LAW OFFICES OF DALE GALIPO


                              By /s/    John C. Fattahi
                                   Dale K. Galipo
                                   John C. Fattahi
                                   Attorneys for Plaintiff
                                   KURT BRACKOB
                                   (As Authorized on August 30, 2010)

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
2   DATED: August 30, 2010                THE CLAYPOOL LAW FIRM
3
4                                         By /S/   Brian E. Claypool
                                              Brian E. Claypool
5                                             Attorney for Plaintiff
                                              BETH ATKINSON
6                                             (As Authorized on August 30, 2010)
7
                                        **ORDER**
8
     Having reviewed the above stipulation and good cause appearing therefore, IT IS
9
   HEREBY ORDERED that the Pre-Trial Scheduling Order of October 15, 2009, be modified
10
   with the new schedule as set forth above.
11
   NO FURTHER CONTINUANCES
12 IT IS SO ORDERED.

13 **Dated:   September 1, 2010**                  /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE
14

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**
00816639.WPD