**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Ashley M. Wisniewski, SBN 264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF TULARE and WILLIAM SEYMOUR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ATKINSON and KURT BRACKOB, | Case No. 1:09-CV-00789-OWW-DLB |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| COUNTY OF TULARE; DETECTIVE WILLIAM SEYMOUR; and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Beth Atkinson and Kurt Brackob and Defendants County of Tulare and Detective William Seymour, by through their undersigned Counsel, as follows:

1. The parties respectfully request that the District Court continue the settlement conference based on good cause appearing therefor as more fully set forth below:

2. This action arises out of alleged violations of federal civil rights and state law claims against Defendants County of Tulare and Deputy William Seymour in connection with the death of Plaintiffs' son, Zachary Atkinson.

3. On August 30, 2010, the parties submitted a stipulation and proposed order requesting a continuance of the trial date and modification of the pretrial scheduling order. The Court approved the stipulation and order on September 1, 2010 (Docket # 20).

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**
00825488.WPD

1  Unfortunately, the parties inadvertently failed to request that the settlement conference be
2  moved in conjunction with the new dates set forth in the modified pretrial scheduling order.
3      4.    Presently, the settlement conference is scheduled for October 21, 2010. Non-
4  expert discovery is scheduled to be completed on December 10, 2010; Expert Disclosures
5  with reports are due to be served November 19, 2010; Expert Discovery cut off is January
6  14, 2011; the last day to file dispositive motions is February 18, 2011, with hearing date of
7  March 14, 2011; final pretrial conference is April 25, 2011; and the trial is scheduled to
8  commence on May 24, 2011.
9      5.    Based on the fact that the settlement conference, as currently scheduled, will
10 take place before the close of discovery, the parties respectfully request that the settlement
11 conference date be continued. The parties believe that continuing the settlement conference
12 to a date after the close of discovery will allow for more informed and meaningful settlement
13 discussions.
14     Accordingly, the parties respectfully submit that good cause exists to continue the
15 settlement conference and therefore request the settlement conference be continued to
16 February 10, 2011.
17     IT IS FURTHER STIPULATED and AGREED between the parties that all other
18 provisions of the modified Pre-Trial Scheduling Order of September 1, 2010 shall remain in
19 effect. This Stipulation may be signed in counterparts and any facsimile or electronic
20 signature shall be valid as an original signature.
21     IT IS SO STIPULATED.
22     Respectfully submitted,
23 DATED: September 28, 2010    PORTER SCOTT
    A Professional Corporation
24
25     By   /s/  Terence J. Cassidy
    Terence J. Cassidy
26     John R. Whitefleet
    Ashley M. Wisniewski
27     Attorneys for Defendants
    COUNTY OF TULARE and
28     WILLIAM SEYMOUR

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**
00825488.WPD

DATED: September 28, 2010                LAW OFFICES OF DALE GALIPO


By /s/    John C. Fattahi
    Dale K. Galipo
    John C. Fattahi
    Attorneys for Plaintiff
    KURT BRACKOB
    (As Authorized on September 28, 2010)


DATED: September 28, 2010                THE CLAYPOOL LAW FIRM


By /S/   Brian E. Claypool
    Brian E. Claypool
    Attorney for Plaintiff
    BETH ATKINSON
    (As Authorized on September 28, 2010)

### **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the settlement conference scheduled for October 21, 2010 be continued to February 10, 2011.


IT IS SO ORDERED.

    Dated:   **October 1, 2010**           **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**
00825488.WPD