**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Ashley M. Wisniewski, SBN 264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF TULARE, WILLIAM SEYMOUR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ATKINSON and KURT BRACKOB, | Case No. 1:09-CV-00789-OWW-DLB |
| Plaintiffs, | |
| vs. | **STIPULATED ORDER REGARDING ZACHARY ATKINSON'S CRIMINAL BACKGROUND RECORDS** |
| COUNTY OF TULARE; DETECTIVE WILLIAM SEYMOUR; and DOES 1-10, inclusive, | |
| Defendants. | |

Counsel for Defendants COUNTY OF TULARE and WILLIAM SEYMOUR have sought the criminal history records of decedent Zachary Atkinson via subpoena to the California Department of Justice ("DOJ"), a third party, pursuant to Fed. R. Civ. P. 45. DOJ is the custodian of records and maintains the records Defendants seek. In response to Defendants' subpoena, DOJ indicated that it has produced the requested documents to the Court pursuant to California Evidence Code section 1560. The parties are informed that the Court is possession of the documents Defendants seek, and have therefore agreed to the release of said documents to Defendants.

IT IS HEREBY STIPULATED by, among and between the parties through their counsels of record, that the documents described above may be produced to Defendants.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND ORDER REGARDING ZACHARY ATKINSON'S CRIMINAL BACKGROUND RECORDS**
00825513.WPD

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: October 4, 2010 | PORTER SCOTT<br>A Professional Corporation |
|  | By /s/ Terence J. Cassidy<br>Terence J. Cassidy<br>John R. Whitefleet<br>Ashley M. Wisniewski<br>Attorneys for Defendants<br>COUNTY OF TULARE and<br>WILLIAM SEYMOUR |
| DATED: October 4, 2010 | LAW OFFICES OF DALE GALIPO |
|  | By /s/ John C. Fattahi<br>Dale K. Galipo<br>John C. Fattahi<br>Attorneys for Plaintiff<br>KURT BRACKOB<br>(As Authorized on October 4, 2010) |
| DATED: October 4, 2010 | THE CLAYPOOL LAW FIRM |
|  | By /S/ Brian E. Claypool<br>Brian E. Claypool<br>Attorney for Plaintiff<br>BETH ATKINSON<br>(As Authorized on October 4, 2010) |

## **ORDER**

Having reviewed the above stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the Department of Justice criminal history records of Zachary Atkinson be released to Defendants.

IT IS SO ORDERED.

**Dated: October 5, 2010**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER REGARDING ZACHARY ATKINSON'S CRIMINAL BACKGROUND RECORDS**

00825513.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com