LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
John C. Fattahi (Bar No. 247625)
jfattahi@gmail.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiff KURT BRACKOB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BETH ATKINSON; and KURT BRACKOB,<br><br>             Plaintiffs,<br><br>      vs.<br><br>COUNTY OF TULARE; DETECTIVE WILLIAM SEYMOUR; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 1:09-CV-00789-OWW-DLB<br><br>**JOINT STIPULATION AND ORDER REGARDING EXPERT DEADLINES** |

Having met-and-conferred, it is hereby STIPULATED and AGREED by the parties, through their counsel of record, that because of unforeseen difficulties in completing certain aspects of fact discovery, the expert deadlines in this action should be hereby modified as follows:

| **Deadline:** | **Current Date:** | **New Date:** |
|---|---|---|
| **Expert Disclosures** | November 19, 2010 | **December 10, 2010** |
| **Rebuttal Expert Disclosures** | December 17, 2010 | **January 7, 2011** |
| **Expert Discovery Cut-Off** | January 14, 2011 | **February 2, 2011** |

1 | IT IS SO STIPULATED.

2 | DATED:  November 15, 2010          THE LAW OFFICES OF DALE K. GALIPO

By  /s/ Dale K. Galipo
Dale K. Galipo
John C. Fattahi
Attorneys for Plaintiff
KURT BRACKOB

DATED:  November 15, 2010          THE CLAYPOOL LAW FIRM

By  /s/ Brian E. Claypool
Brian E. Claypool
Attorneys for Plaintiff
BETH ATKINSON

DATED:  November 15, 2010          PORTER SCOTT
A Professional Corporation

By  /s/ Terence J. Cassidy
Terence J. Cassidy
John R. Whitefleet
Ashley M. Wisniewski
Attorneys for Defendants
COUNTY OF TULARE and
WILLIAM SEYMOUR

IT IS SO ORDERED.

Dated:  **November 15, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE