LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo (Bar No. 144074)
  dalekgalipo@yahoo.com
  John C. Fattahi (Bar No. 247625)
  jfattahi@gmail.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiff KURT BRACKOB

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| BETH ATKINSON; and KURT BRACKOB,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE; DETECTIVE WILLIAM SEYMOUR; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 1:09-CV-00789-OWW-DLB<br><br>*Before the Hon. Oliver W. Wanger*<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION**<br><br>Trial Date:  May 24, 2011 |

## STIPULATION AND ORDER

The parties' Cross-Motions for Summary Judgment/Adjudication (No. 39, filed February 11, 2011, and No. 47, filed February 28, 2011) are currently set for hearing on April 5, 2011, at 12:00 p.m. in Courtroom 3.  However, counsel for Plaintiff Kurt Brackob is scheduled to start trial in the Central District of California on April 5, 2011.  The parties hereto, through their respective counsel of record, have conferred and hereby stipulate to continue the hearing date for the parties' motions to **April 13, 2011, at 12:00 p.m., in Courtroom 3**.

All deadlines set by the Court, including the trial date of May 24, 2011, are unaffected.

1  IT IS SO STIPULATED.

2  DATED: April 1, 2011          THE LAW OFFICES OF DALE K. GALIPO

3

4                                By /s/ John C. Fattahi
                                  Dale K. Galipo
5                                 John C. Fattahi
                                  Attorneys for Plaintiff
6                                 KURT BRACKOB

7  DATED: April 1, 2011          THE CLAYPOOL LAW FIRM

8

9                                By /s/ Brian E. Claypool
                                  Brian E. Claypool
10                                Attorneys for Plaintiff
                                  BETH ATKINSON

11 DATED: April 1, 2011          PORTER SCOTT
                                 A Professional Corporation
12

13
                                 By /s/ John R. Whitefleet
14                               Terence J. Cassidy
                                 John R. Whitefleet
15                               Ashley M. Wisniewski
                                 Attorneys for Defendants
16                               COUNTY OF TULARE and
                                 WILLIAM SEYMOUR
17

18

19 IT IS SO ORDERED.

20   Dated:  **April 1, 2011**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28