UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BETH ATKINSON; et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF TULARE; et al.,<br><br>　　　　Defendants. | Case No. 1:09-CV-00789-OWW-DLB<br><br>**ORDER SEALING DOCUMENTS** |

### **ORDER**

Based on the concurrently filed Request to Seal Documents, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Supplemental Declaration of Dale K. Galipo in Opposition to Defendants' Motion for Partial Summary Adjudication, and Exhibits A-B thereto, are ORDERED filed under seal.

Dated:  May 2, 2011　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com