**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Ashley M. Wisniewski, SBN 264601
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF TULARE and WILLIAM SEYMOUR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH ATKINSON and KURT BRACKOB, | Case No. 1:09-CV-00789-OWW-DLB |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| COUNTY OF TULARE; DETECTIVE WILLIAM SEYMOUR; and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BETH ATKINSON and Defendants COUNTY OF TULARE and WILLIAM SEYMOUR, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter be dismissed with prejudice as to all Defendants, each party to bear its own attorney fees and costs.

Respectfully submitted,

DATED: August 9, 2011     PORTER SCOTT
                          A Professional Corporation


                          By  /s/ John R. Whitefleet
                              John R. Whitefleet
                              Attorneys for Defendants

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00915680.WPD

STIPULATION FOR DISMISSAL; ORDER
1

1

2   DATED: August 9, 2011              THE CLAYPOOL LAW FIRM

3

4                                      By    /s/ Brian E. Claypool
                                              (as authorized on 8/09/11)
5                                            Brian E. Claypool
                                             Attorney for Plaintiff
6                                            BETH ATKINSON

7

8

9

10

11

12  IT IS SO ORDERED.

13  **Dated:   August 10, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE
14

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATION FOR DISMISSAL; ORDER**

00915680.WPD                              2